United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KARLA EMILIANO-VICTORIANO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-1002 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Karla Emiliano-Victorian filed a Motion to Voluntarily Withdraw Petition for Writ of Habeas Corpus with Prejudice informing the Court that he "now desires to voluntarily withdraw her pending Petition for Writ of Habeas Corpus [.]" (Motion for Voluntary Dismissal, Doc. 5)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" The requirements of Rule 41(a)(1)(A)(i) have been met. Accordingly, it is:

**ORDERED** that Petitioner's Motion for Voluntary Dismissal (Doc. 5) is **GRANTED**.

The Clerk of Court is directed to close this matter.

Signed on October 28, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge